IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRADY CASTEEL**                                                                                                         **PLAINTIFF**

v.                                      No: 4:21-cv-00541-JM

**RODNEY WRIGHT,** *et al.*                                                           **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 27th day of July, 2021.

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE